■  In the Matter of PHYLLIS HOFFMAN, Respondent, against HERBERT HOFFMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.